In the Matter of BERTHA HOFF, Appellant, *v.* WILLIAM A. HOFF, Respondent.

Argued November 16, 1937; decided November 30, 1937.

*Paul Windels, Corporation Counsel* (*Paxton Blair* and *Alice E. Trubin* of counsel), for appellant.

*Noah Seedman* for respondent.

Order affirmed, without costs. This affirmance is without prejudice to a renewal of the application in the Domestic Relations Court if the mother be so advised. No opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.; CRANE, Ch. J., dissents and votes to sustain the order of allowance of fifteen dollars a week to the children on the ground the court had jurisdiction of that proceeding.